BENJAMIN I. TEDESCO *v.* CITY OF STAMFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 24 Conn. App. 377, is granted, limited to the following issues:

"1. Did the Appellate Court properly reverse the trial court's award of attorney's fees based on an absence of contemporaneoous time records?

"2. Did the Appellate Court properly reverse the award of compensatory damages?"

*Christopher R. Bello,* in support of the petition.

Decided June 12, 1991

---

STATE OF CONNECTICUT *v.* RENWRICK MIEREZ

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 543, is denied.

*Dennis F. O'Toole,* assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas,* deputy assistant state's attorney, in opposition.

Decided June 12, 1991

---

STATE OF CONNECTICUT *v.* KENNETH GELORMINO, SR.

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 563, is denied.

*Timothy Moynahan,* in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided June 12, 1991